## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**MARCUS FORD #2016050004**                    **CASE NO.  1:25-CV-01525 SEC P**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**ANASTASIA WILEY ET AL**                      **MAGISTRATE JUDGE PEREZ-MONTES**

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 7], and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915A and 1915(e)(2), except the claim regarding Plaintiff's allegedly unlawful arrest and imprisonment, which is **STAYED** pending the conclusion of criminal proceedings.

**IT IS FURTHER ORDERED** that the case is **ADMINISTRATIVELY CLOSED** and that:

(1)    Within 30 days of the date the state court criminal proceedings have concluded, Plaintiff **SHALL FILE** a motion asking this Court to lift the stay.  The action will proceed at that time, absent some other bar to suit. *See Wallace v. Kato*, 549 U.S. 384 (2007).

(2)    If the criminal proceedings are not concluded within six months from the date of this order, Plaintiff **SHALL FILE** a status report indicating the expected completion date of the proceeding. Additional status reports shall be filed every six months thereafter until the stay is lifted.

(3)     In light of the stay, Plaintiff **SHALL NOT** file any more documents related to his claims until the state court proceedings have concluded, except as outlined in this Order.

MONROE, LOUISIANA, this 10th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE